## W. A. McCOY v. STATE.
### No. 14766.

Court of Criminal Appeals of Texas.

Oct. 14, 1931.

Art Schlofman, of Dalhart, and W. J. Flesher, of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for burglary; punishment having been assessed at two years' confinement in the penitentiary.

Appellant has filed with this court his affidavit advising that he does not desire further to prosecute his appeal, and at his request the same is dismissed.

## M. McGEE v. STATE.
### No. 14619.

Court of Criminal Appeals of Texas.

Oct. 14, 1931.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Unlawfully possessing intoxicating liquor for the purpose of sale is the offense; penalty assessed at confinement in the penitentiary for one year.

The indictment appears regular and regularly presented. The record is before this court without statement of facts or bills of exception. No fundamental error has been perceived or pointed out.

The judgment is affirmed.

## Slim MEADOR v. STATE.
### No. 14719.

Court of Criminal Appeals of Texas.

Oct. 21, 1931.

Lon A. Brooks, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for selling intoxicating liquor; punishment, two years in the penitentiary.

Finding no statement of facts or bills of exception in the record, and the indictment, judgment, and sentence appearing regular, the judgment will be affirmed.

## Slim MEADOR v. STATE.
### No. 14720.

Court of Criminal Appeals of Texas.

Oct. 21, 1931.

Lon A. Brooks, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for selling intoxicating liquor; punishment, eighteen months in the penitentiary.

The record is here without statement of facts or bills of exception. The indictment, judgment, and sentence appear regular, and the judgment will be affirmed.